# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 10-0344-VAP(OPx)                    Date:  August 10, 2010

Title:     JOSEPH QUATTROCHI, et al. -v- MELODIE SCOTT, et al.
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                  None Present
    Courtroom Deputy                               Court Reporter

ATTORNEYS PRESENT FOR                          ATTORNEYS PRESENT FOR
PLAINTIFFS:                                    DEFENDANTS:

    None                                           None

PROCEEDINGS:    MINUTE ORDER RE: OSC FOR FAILURE TO SERVE
                COMPLAINT WITHIN 120 DAYS (IN CHAMBERS)

    Plaintiffs Jospeh Quattrochi, Sr., Joseph Quattrochi, Jr., and Bernadette Garcia ("Plaintiffs") filed this action on March 5, 2010.  Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff must serve a defendant within 120 days after the complaint is filed.  Plaintiffs were required to serve Defendants the complaint no later than February 5, 2010.  Plaintiffs have not filed a proof of service of the complaint.

    Where a "defendant is not served within 120 days after the complaint is filed,

**EDCV 10-00344 VAP(OPx)**
**JOSEPH QUATTROCHI, et al. v. MELODIE SCOTT, et al.**
**MINUTE ORDER of August 10, 2010**

the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action . . . ."  Fed. R. Civ. P. 4(m).  Thus, the Court orders Plaintiffs to show cause, in writing, no later than August 18, 2010, why their Complaint should not be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**