UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH QUATTROCHI, SR., et al., | ) | NO. EDCV 10-0344 VAP (SS) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| MELODIE SCOTT, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 19, 2013

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE